UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LEIGHTON LEE GREGORY SAMUEL, | ) CV 13-03394-RGK (SH) ) |
| Plaintiff, | ) ORDER ACCEPTING AMENDED ) REPORT AND RECOMMENDATION ) OF UNITED STATES MAGISTRATE ) JUDGE |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) |
| Defendant, | ) ) |

Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the Amended Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

1     IT IS ORDERED that (1) the Amended Report and Recommendation is
2 approved and adopted as the Fact and Conclusions of Law herein; and (2) Judgment
3 be entered affirming the decision of the Commissioner.
4     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
5 this Order and the Judgment of this date on the Plaintiff and on the United States
6 Attorney.
7 DATED: September 4, 2014

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE