UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LEIGHTON LEE GREGORY SAMUEL,<br>        Plaintiff,<br>vs.<br><br>CAROLYN COLVIN,<br>Commissioner of Social Security,<br>        Defendant. | ) CV 13-03394-RGK (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: September 4, 2014

*[signature: Gary Klausner]*

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE